1    **WO**

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                        FOR THE DISTRICT OF ARIZONA

7

8    Dr. Araya Wolde-Giorgis and his family)    No. CV-07-2075-PHX-LOA
     members,                              )
9                                          )    **NOTICE OF ASSIGNMENT**
                    Plaintiffs,            )     **AND ORDER**
10                                         )
     vs.                                   )
11                                         )
     Maria L. Hesse, Nancy Short, Mary)
12   McGlasson, Darby Heath, Noel Morelos,)
     Laura   Smallwood,   Jaime   Garrido,)
13   Chandler-Gilbert   Community   College,)
     Rufus  Glasper,  Dr.  Christine  Hall,)
14   Maricopa County Community Colleges)
     District  (MCCCD),  Chester  Bailey,)
15   Reinaldo Lugo, Janis Richardson and)
     EEOC                                  )
16                                         )
                    Defendants.            )
17   _____)

18              Pursuant to Local Rule ("LRCiv") 3.8(a), Rules of Practice, effective

19   December 1, 2006, all civil cases are, and will be, randomly assigned to a U.S. district

20   judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S.

21   Magistrate Judge.

22              As a result of the aforesaid Local Rule and assignment, if all parties

23   consent in writing, the case will remain with the assigned Magistrate Judge pursuant to 28

24   U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party

25   chooses the district judge option, the case will be randomly reassigned to a U.S. district

26   judge.  To either consent  to the assigned magistrate judge or to elect to have the case

27   heard before a district judge, the appropriate section of the form, entitled Consent To

28

1  Exercise Of Jurisdiction By United States Magistrate Judge[1], must be completed, signed

2  and filed. The party filing the case or removing it to this Court is responsible for serving

3  all parties with the consent forms. Each party must file a completed consent form and

4  certificate of service with the Clerk of the Court not later than 20 days after entry of

5  appearance, and must serve a copy by mail or hand delivery upon all parties of record in

6  the case.

7          Any party is free to withhold consent to magistrate judge jurisdiction

8  without adverse consequences.  28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson*

9  *v. Woodcreek Venture Ltd.*, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that

10 consent is the "touchstone of magistrate judge jurisdiction" under 28 U.S.C. §636(c).  "A

11 party to a federal civil case has, subject to some exceptions, a constitutional right to

12 proceed before an Article III judge."   *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993)

13 (citing *Pacemaker Diagnostic Clinic of Am. Inc. v. Instromedix, Inc.*, 725 F.2d 537, 541

14 (9th Cir. 1984) (*en banc*)).

15         A review of the Court's file indicates that Plaintiff's Complaint was filed

16 on October 24, 2007.   Plaintiff shall have until November 24, 2007 within which to make

17 his selection to either consent to magistrate judge jurisdiction or elect to proceed before a

18 United States district judge.  It is unknown if a copy of the appropriate consent form

19 mailed to Plaintiff on October 26, 2007 by the Clerk's office was served with the

20 Complaint per the written instructions from the Clerk.

21         Accordingly,

22

23

24

25

26 [1]The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov.  To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page,

27 then click on "Forms" on the left side of the page and then click on and print the appropriate

28 form.

1      **IT IS ORDERED** that Plaintiff shall file on or before **November 16,**

2   **2007** his  written election  to either consent to magistrate judge jurisdiction or elect to

3   proceed before a United States district judge.

4      **IT IS FURTHER ORDERED** that Plaintiff shall serve upon the

5   Defendants the appropriate consent form provided at the time of the filing of his

6   Complaint  at the time of service of his Complaint upon the Defendants.

7      **IT IS FURTHER ORDERED** that Defendants shall either consent to

8   magistrate judge jurisdiction or elect to proceed before a district judge within twenty (20)

9   days of each Defendant's formal appearance herein.

10      **IT IS FURTHER ORDERED** that counsel and any party, if

11  unrepresented, shall hereinafter comply with the Rules of Practice for the United States

12  District Court for the District of Arizona, as amended on December 1, 2006.   The

13  District's Rules of Practice may be found on the District Court's internet web page at

14  www.azd.uscourts.gov/.  All other rules may be found as www.uscourts.gov/rules/.  The

15  fact that a party is acting pro se does not discharge this party's duties to "abide by the

16  rules of the court in which he litigates." *Carter v. Commissioner of Internal Revenue*, 784

17  F.2d 1006, 1008 (9th Cir. 1986).

18      DATED this 29th day of October, 2007.

19

20  _____
              Lawrence O. Anderson
21            United States Magistrate Judge

22

23

24

25

26

27

28

- 3 -